# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TERRY DALE RAY**                                                                 **PETITIONER**

### 2:23-CV-00074 JM/PSH

**C. EDGE, Acting Warden,**
**FCC Forrest City**                                                               **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 21st day of September, 2023.

_____
UNITED STATES DISTRIC JUDGE