IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY DALE RAY**                                                      **PETITIONER**

**2:23-CV-00074 JM/PSH**

**C. EDGE, Acting Warden,**
**FCC Forrest City**                                                   **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 21st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE